```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANASTACIO GARCIA,

                Plaintiff,

                -v-

FISH REPUBLIC LLC d/b/a SAVIDA and
JOSE PAULO CORTES,

                Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-6116 (JPO) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at today's telephone conference, the parties are directed to further meet and confer regarding the disputed provision in the proposed settlement agreement. Plaintiff's counsel is directed to promptly provide defendants' counsel with language acceptable to him related to the subject at issue that has been approved in previous cases. If the parties are unable to agree, defendants have until **January 8, 2020** to file their opposition papers in response to plaintiff's motion to enforce the memorandum of agreement (Dkt. No. 22). If they work out their remaining dispute, the parties must submit their settlement agreement for approval by this date.

      **SO ORDERED.**

Dated: December 19, 2019
       New York, New York

                                              _____
                                              JAMES L. COTT
                                              United States Magistrate Judge