USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANASTACIO GARCIA,

                Plaintiff,

       -v-

FISH REPUBLIC LLC d/b/a SAVIDA and
JOSE PAULO CORTES,

                Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-6116 (JPO) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

During the December 19, 2019 telephone conference, the Court set a January 8, 2020 deadline for either defendants to respond to plaintiff's motion to enforce the memorandum agreement or, if the parties reached agreement on their remaining dispute, the parties to submit their settlement agreement for approval. To date, defendants filed no opposition papers nor did the parties report that they have resolved their differences and finalized their settlement, as required by the Court. Accordingly, the parties are hereby directed to file a joint letter on the docket by **January 17, 2020**, providing the Court with the status of the case.

    **SO ORDERED.**

Dated: January 14, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge